# ATTACHMENT A

**COUNT 1:**

On or about October 2, 2022, in Benton County, and elsewhere, in the Western District of Missouri, the defendant, **JONATHAN S. O'DELL**, transmitted in interstate and foreign commerce a communication, through the use of a telephone, which contained a threat to injure a person, and the defendant knew it would be understood as a true threat, in violation of Title 18, United States Code, Section 875(c).

**RANGE OF PUNISHMENT:**

18 U.S.C. § 875(c)
NMT 5 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class D Felony
$100 Special Assessment

**COUNT 2:**

On or about October 7, 2022, in Benton County, in the Western District of Missouri, the defendant knowing he was subject to a court order issued by the 8th Judicial Circuit, Ray County, Missouri, on March 18, 2022, in case number 22RY-CV00106, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such intimate partner that would reasonably cause bodily injury and included a finding that the defendant represented a credible threat to the safety of such intimate partner, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Stevens, model 320, 12-gauge shotgun, bearing serial number 142729C, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(8).

**RANGE OF PUNISHMENT:**

18 U.S.C. §§ 922(g)(8) and 924(a)(8)
NMT 15 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony
$100 Special Assessment