IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN S. O'DELL,

        Defendant.

Case No. 22-04065-02-CR-C-BCW

## VERDICT FORM
## COUNTS 1-3

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 1

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

conspiracy to murder a federal officer or employee as charged in Count 1.

### COUNT 2

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

conspiracy to assault a federal officer or employee as charged in Count 2.

### COUNT 3

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

conspiracy to injure an officer as charged in Count 3.

__11/7/24__
Date

__Deidre Beather__
Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**UNITED STATES OF AMERICA**,

        **Plaintiff**,

v.

**JONATHAN S. O'DELL**,

        **Defendant.**

Case No. 22-04065-02-CR-C-BCW

## VERDICT FORM
## COUNTS 4-6

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 4

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

attempted murder of a federal officer or employee as charged in Count 4.

### COUNT 5

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

attempted murder of a federal officer or employee as charged in Count 5.

### COUNT 6

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

attempted murder of a federal officer or employee as charged in Count 6.

__11/7/24__
Date

__Deidre Bettner__ (signature)
Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JONATHAN S. O'DELL,<br><br>　　　　　Defendant. | Case No. 22-04065-02-CR-C-BCW |

### VERDICT FORM
### COUNTS 7-9

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 7

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

attempted murder of a federal officer or employee as charged in Count 7.

### COUNT 8

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

attempted murder of a federal officer or employee as charged in Count 8.

### COUNT 9

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

attempted murder of a federal officer or employee as charged in Count 9.

__11/7/24__　　　　　　　　　　　　　　__Deidre Bedline__ (signature)
Date　　　　　　　　　　　　　　　　　　　Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN S. O'DELL,

    Defendant.

Case No. 22-04065-02-CR-C-BCW

## VERDICT FORM
## COUNTS 10-11

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 10

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]
attempted murder of a federal officer or employee as charged in Count 10.

### COUNT 11

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]
assault of a federal officer or employee with a deadly or dangerous weapon as charged in Count 11.

_11/7/24_
Date

_Deidre Bather_
Foreperson

\*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 22-04065-02-CR-C-BCW

JONATHAN S. O'DELL,

    Defendant.

## VERDICT FORM
## COUNTS 12-13

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 12

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

assault of a federal officer or employee with a deadly or dangerous weapon as charged in Count 12.

### COUNT 13

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of
[guilty/not guilty]

assault of a federal officer or employee with a deadly or dangerous weapon as charged in Count 13.

11/7/24
Date

_/s/ Deidre Bartner_
Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN S. O'DELL,

        Defendant.

Case No. 22-04065-02-CR-C-BCW

## VERDICT FORM
## COUNTS 14-15

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 14

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of [guilty/not guilty] assault of a federal officer or employee with a deadly or dangerous weapon as charged in Count 14.

### COUNT 15

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of [guilty/not guilty] assault of a federal officer or employee with a deadly or dangerous weapon as charged in Count 15.

__11/7/24__
Date

__Dedre Bertliner__
Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN S. O'DELL,<br><br>Defendant. | Case No. 22-04065-02-CR-C-BCW |

## VERDICT FORM
## COUNTS 16-17

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 16

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of [guilty/not guilty]

assault of a federal officer or employee with a deadly or dangerous weapon as charged in Count 16.

### COUNT 17

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of [guilty/not guilty]

assault of a federal officer or employee with a deadly or dangerous weapon as charged in Count 17.

__11/7/24__  __/s/ Deidre Beather__
Date                                          Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN S. O'DELL,

        Defendant.

Case No. 22-04065-02-CR-C-BCW

## VERDICT FORM
## COUNTS 18-20

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 18

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of [guilty/not guilty] assault of a federal officer or employee that inflicts bodily injury as charged in Count 18.

### COUNT 19

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of [guilty/not guilty] assault of a federal officer or employee that involves physical contact as charged in Count 19.

### COUNT 20

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of [guilty/not guilty] assault of a federal officer or employee that involves physical contact as charged in Count 20.

__11/7/24__
Date

__[signature]__
Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN S. O'DELL,

        Defendant.

Case No. 22-04065-02-CR-C-BCW

## VERDICT FORM
## COUNTS 21-23

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 21

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of [guilty/not guilty] use of a firearm during a crime of violence as charged in Count 21.

### COUNT 22

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of [guilty/not guilty] use of a firearm during a crime of violence as charged in Count 22.

### COUNT 23

We, the jury, find Defendant Jonathan S. O'Dell __Guilty__ of the crime of [guilty/not guilty] use of a firearm during a crime of violence as charged in Count 23.

__11/7/24__
Date

__[signature] Deidre Prather__
Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN S. O'DELL,

        Defendant.

Case No. 22-04065-02-CR-C-BCW

## VERDICT FORM
### COUNTS 24-26

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 24

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of
[guilty/not guilty]
use of a firearm during a crime of violence as charged in Count 24.

### COUNT 25

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of
[guilty/not guilty]
use of a firearm during a crime of violence as charged in Count 25.

### COUNT 26

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of
[guilty/not guilty]
use of a firearm during a crime of violence as charged in Count 26.

__11/7/24__                           __Deidre Beatliner__
Date                                            Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN S. O'DELL,

        Defendant.

Case No. 22-04065-02-CR-C-BCW

## VERDICT FORM
## COUNTS 27-29

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 27

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of
[guilty/not guilty]

use of a firearm during a crime of violence as charged in Count 27.

### COUNT 28

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of
[guilty/not guilty]

use of a firearm during a crime of violence as charged in Count 28.

### COUNT 29

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of
[guilty/not guilty]

use of a firearm during a crime of violence as charged in Count 29.

__11/7/24__          __Didre Batliner__
Date          Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JONATHAN S. O'DELL,<br><br>　　　　　　Defendant. | Case No. 22-04065-02-CR-C-BCW |

## VERDICT FORM
## COUNTS 30-32

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 30

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of
　　　　　　　　　　　　　　　　　　　　　　　　　　[guilty/not guilty]

use of a firearm during a crime of violence in Count 30.

### COUNT 31

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of
　　　　　　　　　　　　　　　　　　　　　　　　　　[guilty/not guilty]

use of a firearm during a crime of violence as charged in Count 31.

### COUNT 32

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of
　　　　　　　　　　　　　　　　　　　　　　　　　　[guilty/not guilty]

use of a firearm during a crime of violence as charged in Count 32.

__11/7/24__　　　　　　　　　　　　　　　　__Deidre Bartling__
Date　　　　　　　　　　　　　　　　　　　　Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-04065-02-CR-C-BCW |
| JONATHAN S. O'DELL, | |
| Defendant. | |

## VERDICT FORM
## COUNTS 33-35

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 33

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of [guilty/not guilty] use of a firearm during a crime of violence as charged in Count 33.

### COUNT 34

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of [guilty/not guilty] use of a firearm during a crime of violence as charged in Count 34.

### COUNT 35

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of [guilty/not guilty] depredation of government property as charged in Count 35.

__11/7/24__  __Deidre Batline/__
Date                                                      Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-04065-02-CR-C-BCW |
| JONATHAN S. O'DELL, | |
| Defendant. | |

## VERDICT FORM

We, the jury, in the above-entitled cause, on the trial of the defendant, Jonathan S. O'Dell, as charged in the Third Superseding Indictment, find as follows:

### COUNT 43

We, the jury, find Defendant Jonathan S. O'Dell __guilty__ of the crime of [guilty/not guilty] communicating a threat to injure as charged in Count 43.

__11/7/24__
Date

__Deidre Batliner__
Foreperson

*If you are unable to reach a unanimous decision on the above charges, leave the spaces blank.